**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Transito VILLEGAS–VALDEZ, also known as Transito Villegas, also known as Transito Villegas Valdez, also known as Transito Valdez Villegas, also known as Victor Villegas, Defendant–Appellant.**

**No. 10–20596**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 21, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

John Moreno Parras, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and STEWART and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Transito Villegas–Valdez pleaded guilty to being illegally present in the United States following deportation. The district court imposed a below-guidelines sentence of 51 months in prison, taking into account the time Villegas–Valdez had served in state custody. Villegas–Valdez appeals,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

contending that the lack of a fast-track disposition program in the Houston Division of the Southern District of Texas results in an unwarranted disparity between his sentence and the sentences of those convicted in divisions and districts having such programs. He maintains that such a disparity makes his sentence unreasonable. As he concedes, his argument is foreclosed by our decision in *United States v. Gomez–Herrera*, 523 F.3d 554, 562–63 (5th Cir. 2008), and he raises it only to preserve it for further review. Consequently, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.